August 27, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DERRICK W. PARKER, Appellant

NO. 14-12-00085-CV                     V.

BRITTANI A. DENNIS, Appellee
_____

This cause, an appeal from the judgment in favor of appellee Brittani A. Dennis signed, January 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Derrick W. Parker to pay all costs incurred in this appeal. We further order this decision certified below for observance.